UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GAMEL A. CHERRY,

                      Petitioner,

  -against-

JAMES WALSH,

                      Respondent.
---------------------------------------------------------------X

JUDGMENT
09-CV- 1452 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2009 ★
**BROOKLYN OFFICE**

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 25, 2009, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       August 26, 2009

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
      Terry Vaughn
      Chief Deputy of
      Court Operations